| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>PAULA R. BROWN (254142)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Telephone: (619) 338-1100<br>Facsimile: (619) 338-1101<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br><br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>W. DANIEL "DEE" MILES, III (*pro hac vice*)<br>H. CLAY BARNETT, III (*pro hac vice*)<br>J. MITCH WILLIAMS (*pro hac vice*)<br>DYLAN T. MARTIN (*pro hac vice*)<br>TRENT H. MANN (*pro hac vice*)<br>272 Commerce Street<br>Montgomery, AL 36104<br>Telephone: (334) 269-2343<br>Facsimile: (334) 954-7555<br>dee.miles@beasleyallen.com<br>clay.barnett@beasleyAllen.com<br>mitch.williams@beasleyallen.com<br>dylan.martin@beasleyallen.com<br>trent.mann@beasleyallen.com<br><br>*Attorneys for Plaintiff*<br>Abdul Syed | KING & SPALDING LLP<br>JOHN P. HOOPER (*pro hac vice*)<br>1185 Avenue of the Americas,<br>34th Floor<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>*jhooper@kslaw.com*<br><br>KING & SPALDING LLP<br>ALEXANDRA KENNEDY-<br>BREIT (316590)<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310<br>*akennedy-breit@kslaw.com*<br><br>*Attorneys for Defendants*<br>Toyota Motor Sales, U.S.A., Inc.,<br>Toyota Motor North America, Inc. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SYED, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 5:24-cv-01963-CV-SP<br><br>**NOTICE OF SETTLEMENT**<br><br>Action filed: September 13, 2024 |

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 40-2, Plaintiff Abdul Syed and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. ("Defendants") (together, the "Parties") have reached a settlement in principle that resolves all claims in this matter.

The Parties are in the process of finalizing formal settlement documents and anticipate filing a stipulation for dismissal with prejudice as to the plaintiff within 30 days.

Accordingly, the parties respectfully request that the Court vacate all pending deadlines and hearings, including the July 11, 2025, hearing set on Defendant's motion to dismiss. (ECF No. 51).

Dated: July 2, 2025

 */s/ Timothy G. Blood*
Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
*Attorneys for Plaintiff*

Dated: July 2, 2025

 */s/ John P. Hoope*
John P. Hooper
Alexandra Kennedy-Breit
KING & SPALDING LLP

*Attorneys for Defendants*
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor North America, Inc.

## **ATTESTATION**

I, Alexandra Kennedy-Breit, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: July 2, 2025                             */s/ Timothy G. Blood*
                                                TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
tblood@bholaw.com
