BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (*pro hac vice*)
H. CLAY BARNETT, III (*pro hac vice*)
J. MITCH WILLIAMS (*pro hac vice*)
DYLAN T. MARTIN (*pro hac vice*)
TRENT H. MANN (*pro hac vice*)
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
dee.miles@beasleyallen.com
clay.barnett@beasleyAllen.com
mitch.williams@beasleyallen.com
dylan.martin@beasleyallen.com
trent.mann@beasleyallen.com

*Attorneys for Plaintiff*
Abdul Syed

KING & SPALDING LLP
JOHN P. HOOPER (*pro hac vice*)
1185 Avenue of the Americas,
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
*jhooper@kslaw.com*

KING & SPALDING LLP
ALEXANDRA KENNEDY-BREIT (316590)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
*akennedy-breit@kslaw.com*

*Attorneys for Defendants*
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor North America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SYED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 5:24-cv-01963-CV-SP<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Action filed: September 13, 2024 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Abdul Syed, in his individual capacity ("Plaintiff"), and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. ("Defendants"), by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice as to Plaintiff, and without prejudice as to putative class members, against all named Defendants, with each party to bear her or its own costs and fees.

Dated: July 8, 2025

/s/ Timothy G. Blood
Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
*Attorneys for Plaintiff*

Dated: July 8, 2025

/s/ Alexandra Kennedy-Breit
John P. Hooper
Alexandra Kennedy-Breit
KING & SPALDING LLP

*Attorneys for Defendants*
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor North America, Inc.

**ATTESTATION**

I, Alexandra Kennedy-Breit, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  July 8, 2025            */s/ Alexandra Kennedy-Breit*
                               Alexandra Kennedy-Breit